# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EDMUND MALKOON,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION** and **TOWN OF LAUDERDALE-BY-THE-SEA,**
Appellees.

No. 4D21-2075

[February 10, 2022]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission, RAAC 21-00736.

Edmund Malkoon, Lauderdale-By-The-Sea, pro se.

Amanda L. Neff of Reemployment Assistance Appeals Commission, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***